IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL A. AMARANT,

    Plaintiff,                               No. CIV S-08-0249 LEW GGH P

    vs.

VALLEJO POLICE DEPARTMENT, et al.,

    Defendants.                        <u>ORDER</u>

_____/

        Plaintiff is a prisoner in the Solano County Jail proceeding with a civil rights action pursuant to 42 U.S.C. § 1983. On April 8, 2008, the court dismissed the original complaint with leave to amend. On April 2, 2008, plaintiff filed an amended complaint. The court was not aware of the amended complaint when it issued the April 8, 2008, order. Accordingly, the court will now screen the amended complaint.

        The only named defendants are the Solano County Courts, the Solano County Jail and the Vallejo City Police Department. In the "Statement of Claim" attached to the amended complaint, plaintiff generally complains about conditions in the jail.

        The Eleventh Amendment bars suits brought by private parties against a state or state agency unless the state or the agency consents to such suit. <u>See</u> <u>Quern v. Jordan</u>, 440 U.S.

1

1  332, 99 S. Ct. 1139 (1979); Alabama v. Pugh, 438 U.S. 781, 98 S. Ct. 3057 (1978) ( per curiam);

2  Jackson v. Hayakawa, 682 F.2d 1344, 1349-50 (9th Cir. 1982).  Although the Eleventh

3  Amendment is not jurisdictional, the court may raise the defect on its own.  Wisconsin

4  Department of Corrections v. Schacht, 524 U.S. 381, 389, 118 S. Ct. 2047, 2052 (1998);

5  Edelman v. Jordan, 415 U.S. 651, 677-78, 94 S. Ct. 1347, 1362-1363 (1974).  In the instant case,

6  the Solano County Superior Court has not consented to suit.  Accordingly, plaintiff's claims

7  against the Solano County Court are frivolous and must be dismissed.  See Simmons v.

8  Sacramento County Superior Court, 318 F.3d 1156, 1161 (9th Cir. 2003).

9           As for plaintiff's claims against the County Jail and Police Department, liability

10  only attaches where the municipality itself causes the constitutional violation through "execution

11  of a government's policy or custom, whether made by its lawmakers or by those whose edicts or

12  acts may fairly be said to represent official policy."  Monell v. Department of Soc. Servs., 436

13  U.S. 658, 694, 98 s.Ct. 2019 (1978).  Plaintiff does not allege that any of the alleged deprivations

14  were caused by a policy of either defendant County Jail or defendant Police Department.

15  Accordingly, the claims against these defendants are dismissed.

16           Attached to the amended complaint is a written by statement by plaintiff alleging

17  that an inmate attempted to rape him.  Plaintiff also alleges that Officers Metzer and Fisher used

18  excessive force against him in order to get plaintiff to end a hunger strike.  Plaintiff also alleges

19  that several officers ripped his clothes off.  Plaintiff makes other claims that the court will not list

20  here.  Plaintiff does not name any of the officers mentioned in this statement as defendants in his

21  amended complaint.

22           If plaintiff files a second amended complaint, he should identify the individual

23  officers he intends to name as defendants.   Plaintiff should identify all defendants in the caption

24  of the complaint.  Plaintiff should also describe the conduct of all defendants who he alleges

25  violated his constitutional rights.

26  /////

1       Because of the serious nature of the allegations contained in the written statement attached to the amended complaint, the court orders the amended complaint served on the Sheriff of Solano County.

      Accordingly, IT IS HEREBY ORDERED that:

1. The amended complaint filed April 2, 2008, is dismissed with thirty days to file a second amended complaint;

2. The Clerk of the Court is directed to serve a copy of plaintiff's April 2, 2008, amended complaint on the Solano County Sheriff, 530 Union Avenue, Fairfield, CA, 94533.

DATED: 04/15/08

                                            /s/ Gregory G. Hollows

                                            UNITED STATES MAGISTRATE JUDGE

am249.ord