IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL A. AMARANT,

    Plaintiff,                 No. CIV S-08-0249 JAM GGH P

    vs.

VALLEJO POLICE DEPARTMENT, et al.,

    Defendants.             ORDER
_____/

        Plaintiff has requested a two to three month extension of time to file an amended complaint pursuant to the court's order of April 15, 2008. The court will not delay prosecution of this action for two to three months. Plaintiff is granted thirty days to file an amended complaint. Further requests for extension of time must be supported by substantial cause.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's May 14, 2008 request for an extension of time (Docket #14) is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

DATED: 05/30/08

amar0249.36

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE