IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL A. AMARANT,

      Plaintiff,                   No. CIV S-08-0249 JAM GGH P

    vs.

VALLEJO POLICE DEPARTMENT, et al.,

      Defendants.              FINDINGS & RECOMMENDATIONS

_____/

        The court has separately issued an order addressing the third amended complaint filed August 21, 2008. The court found that the third amended complaint stated a colorable claim for relief as to defendants Greenberg, Metzger, Fisher and San Augustin. The court found that the third amended complaint failed to state a colorable claim for relief as to defendants Hall, Cameron, Vallejo Police Department and the Solano County Jail. For the reasons stated in that order, the court now recommends dismissal of defendants Hall, Cameron, Vallejo Police Department and the Solano County Jail.

        Accordingly, IT IS HEREBY RECOMMENDED that defendants Hall, Cameron, Vallejo Police Department and Solano County Jail be dismissed.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty

1

1  days after being served with these findings and recommendations, plaintiff may file written
2  objections with the court.  The document should be captioned "Objections to Magistrate Judge's
3  Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
4  specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
5  F.2d 1153 (9th Cir. 1991).

DATED:   10/06/08

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

am249.56