IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL A. AMARANT, | ) | No. 08-cv-00249-SPK |
| Plaintiff, | ) | |
| v. | ) | |
| VALLEJO POLICE DEPARTMENT, ET AL., | ) | |
| Defendants. | ) | |

## ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND ORDERING PLAINTIFF TO SHOW CAUSE

On August 21, 2008, Plaintiff Michael A. Amarant filed a First Amended Complaint, naming as Defendants the following individuals (by last name) or entities: Greenberg, Metzger, Fisher, San Augustin, Hall, Cameron, Vallejo Police Department, and the Solano County Jail.

On October 6, 2008, a United States Magistrate Judge issued Findings and Recommendations, recommending that Defendants Hall, Cameron, Vallejo Police Department, and the Solano County Jail be dismissed. The Judge also found that, at least at the initial stage, colorable claims survived against Defendants Greenberg, Metzger, Fisher, and San Augustin. The Findings and Recommendations indicated that any objections by Plaintiff were due within 20

days. The case was subsequently re-assigned to this Court in January of 2009.

It has now been well over six-months since the October 2008 Findings and Recommendations were issued, and over six-months since the deadline for filing objections has passed. Therefore, having received no objections, the Court ADOPTS the October 6, 2008, Findings and Recommendations. Accordingly, Defendants Hall, Cameron, Vallejo Police Department and the Solano County Jail are DISMISSED as Defendants.

By separate order on October 6, 2008, the Magistrate Judge found that service of process was appropriate as to Defendants Greenberg, Metzger, Fisher and San Augustin. The Magistrate Judge ordered that Plaintiff had 30 days to complete the appropriate service documents for each Defendant as listed in his October 6, 2008 order (notice, summons, USM-285 form, and copies of an endorsed amended complaint). The Magistrate Judge instructed that, upon completion and submission of the documents, the Court would direct the United States Marshal to serve the Defendants.

It has been well over six-months since that order allowing service of process, and the service documents have not been submitted. It appears that Plaintiff has abandoned this action. The record also reflects that recent documents served on Plaintiff (e.g., orders reassigning this case) have been returned as undeliverable for want of a forwarding address.

Accordingly, Plaintiff is ordered to SHOW CAUSE why this action should not be dismissed for failure to prosecute and failure to follow a court order. Plaintiff shall have 30 days from entry of this order to demonstrate such cause. If no such cause is shown within 30 days, the action shall be dismissed without prejudice and the file will be closed.

In sum,

1) the October 6, 2008, Findings and Recommendations are ADOPTED. Defendants Hall, Cameron, Vallejo Police Department and the Solano County Jail are DISMISSED;

2) Plaintiff is given 30 days within which to SHOW CAUSE why the action should not be dismissed without prejudice.

IT IS SO ORDERED.

DATED: April 23, 2009.

/s/ Samuel P. King

Samuel P. King
Senior United States District Judge