IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL A. AMARANT, | ) | No. 08-cv-00249-SPK |
| Plaintiff, | ) | |
| v. | ) | |
| VALLEJO POLICE DEPARTMENT, ET AL., | ) | |
| Defendants. | ) | |

ORDER DISMISSING ACTION WITHOUT PREJUDICE

By order entered on April 24, 2009, the Court ordered Plaintiff to show cause within 30 days why the action should not be dismissed without prejudice. The time period has passed and no cause has been shown. Therefore, this action is DISMISSED without prejudice and the action is terminated.

IT IS SO ORDERED.

DATED: May 29, 2009.

_____
Samuel P. King
Senior United States District Judge